# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

Case Number: 1:05-cv-01122

| | | |
|---|---|---|
| Garden City Boxing Club, Inc.. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ENTRY OF DEFAULT** |
| | ) | |
| W Z Inc., d/b/a Chumley's and | ) | |
| Mark E. Zerfoss and | ) | |
| William M. Womble, Individually, | ) | |
| | ) | |
| Defendants. | ) | |

THAT WHEREAS, request has been made by the Plaintiff for Entry of Default in the above-entitled matter, and it has been made to appear, upon affidavit or otherwise, that the Plaintiff's claim against the Defendant, ***Mark E. Zerfoss***, Individually, is for damages resulting from violations of 47 U.S.C. Sections 55 and 605, and that the Defendant is otherwise subject to default judgment as provided by the Federal Rules of Civil Procedure.

NOW, THEREFORE, default is hereby entered against the Defendant in this action, as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This the 19 day of July, 2006.

    /s/ John S. Brubaker
Clerk of Court